**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 22-00038 |
| v. | * | SECTION: SECT. A MAG. 5 |
| STACY V. SANTEMORE, SR | * | VIOLATION: 18 U.S.C. § 641 |
| | | 18 U.S.C. § 1001 |

\*     \*     \*

## MOTION FOR ISSUANCE OF A SUMMONS

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully submits:

The defendant has been charged with violating Title 18, United States Code, Sections 641 and 1001, by a Bill of Information for Theft of Government Funds and False Statements.

**WHEREFORE**, the United States of America prays that a summons be issued to defendant requiring that defendant appear for initial appearance and arraignment.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

EDWARD J. RIVERA
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3163

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____