UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**22-00038**

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| v. | * | SECTION: **SECT. A MAG. 5** |
| STACY V. SANTEMORE, SR | * | VIOLATION: 18 U.S.C. § 641 |
| | | 18 U.S.C. § 1001 |

\* \* \*

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that a summons be issued directing that defendant appear on the _21st_ day of _March_, 20_22_, at _2:00 p.m._, before the Honorable _Dana Douglas_ in the Eastern District of Louisiana by video. A link will be sent one business day prior to the hearing.

New Orleans, Louisiana, this _3rd_ day of _March_, _2022_.

_____
HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE